IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MELINDA A. PARRISH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:20-CV-959-HEH |
| ) | |
| KILOLO KIJAKAZI ) | |
| Acting Commissioner of ) | |
| Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER
**(Adopting Report and Recommendation of the Magistrate Judge)**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1) The Report and Recommendation of the Magistrate Judge (ECF No. 26) is ACCEPTED and ADOPTED;

2) Plaintiff's Motion for Summary Judgment (ECF No. 19) is DENIED

3) Defendant's Motion for Summary Judgment (ECF No. 24) is GRANTED;

4) The final decision of the Commissioner is AFFIRMED;

5) This case is CLOSED.

The Clerk is directed to send a copy of the Memorandum Opinion and this Order to all counsel of record.

It is so ORDERED.

/s/  
Henry E. Hudson  
Senior United States District Judge

Date: March 11, 2022  
Richmond, Virginia

2